B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Armetta, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FDBA Copar Industries, LLC; FDBA Copar Quarries of Westerly, LLC; FDBA Copar Quarries of RI, LLC; FDBA Copar Quarries of Lisbon, LLC; FDBA Copar Trucking, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-2413054** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**90 Industrial Park Road**<br>**Middletown, CT**<br><br>ZIP Code **06457** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13) | Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Armetta, LLC**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　Signature of Attorney for Debtor(s)　　　　　(Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Armetta, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ronald I. Chorches**
_____
Signature of Attorney for Debtor(s)

**Ronald I. Chorches ct08720**
_____
Printed Name of Attorney for Debtor(s)

**Law Offices of Ronald I. Chorches, LLC**
_____
Firm Name
**449 Silas Deane Highway**
**Second Floor**
**Wethersfield, CT 06109**

_____
Address

**Email: ronchorcheslaw@sbcglobal.net**
**860-563-3955  Fax: 860-513-1577**
_____
Telephone Number
**August 19, 2015**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Antonia Armetta**
_____
Signature of Authorized Individual
**Antonia Armetta**
_____
Printed Name of Authorized Individual
**Managing Member**
_____
Title of Authorized Individual
**August 19, 2015**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re    **Armetta, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Capital One Equipment Finance<br>275 Broad Hollow Road<br>Melville, NY 11747** | **Capital One Equipment Finance<br>275 Broad Hollow Road<br>Melville, NY 11747** | **2011 McCloskey Jaw Crusher and 2007 Komatsu Escavator** | | **162,188.00**<br><br>**(0.00 secured)** |
| **Cariati Developers, Inc.<br>507 Brownstone Ridge<br>Meriden, CT 06451** | **Cariati Developers, Inc.<br>507 Brownstone Ridge<br>Meriden, CT 06451** | **Suppllier - It is anticipated this creditor will be paid upon resolution of a pending interpleader action entitled Yannuzzi Group, Inc. v. Armetta, LL** | **Subject to Setoff** | **116,785.00** |
| **Commercial Credit Group, Inc.<br>400 Essjay Road - Ste. 340<br>Buffalo, NY 14221** | **Commercial Credit Group, Inc.<br>400 Essjay Road - Ste. 340<br>Buffalo, NY 14221** | **2012 McCloskey Jaw (J50C) Crusher** | | **429,923.00**<br><br>**(0.00 secured)** |
| **Commercial Credit Group, Inc.<br>P. O. Box 60121<br>Charlotte, NC 28260-0210** | **Commercial Credit Group, Inc.<br>P. O. Box 60121<br>Charlotte, NC 28260-0210** | **(2) 2013 Mack Dump Trucks<br>2013 Mack Trailer<br>2013 Hale Trailer** | | **418,050.00**<br><br>**(0.00 secured)** |
| **Commercial Credit Group, Inc.<br>400 Essjay Road - Ste. 340<br>Buffalo, NY 14221** | **Commercial Credit Group, Inc.<br>400 Essjay Road - Ste. 340<br>Buffalo, NY 14221** | **2010 McCloskey C44 Cone Crushing Plant<br>2010 McCloskey S190 Triple Deck Screening<br>1999 Freightliner Watertruck** | | **373,351.00**<br><br>**(0.00 secured)** |
| **Environmental Protection Agncy<br>Fines & Penalties<br>P. O. Box 979077<br>Saint Louis, MO 63197** | **Environmental Protection Agncy<br>Fines & Penalties<br>P. O. Box 979077<br>Saint Louis, MO 63197** | | | **33,960.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Armetta, LLC**                                             Case No.   _____

                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Equipment East**<br>**61 Silva Lane**<br>**Dracut, MA 01826** | **Equipment East**<br>**61 Silva Lane**<br>**Dracut, MA 01826** | **(2) Doosan DX360 Excavators** | | **142,936.00**<br><br>**(0.00 secured)** |
| **Grillo Trucking Sevices, LLC**<br>**1183 Oronoque Road**<br>**Wethersfield, CT 06129-0272** | **Grillo Trucking Sevices, LLC**<br>**1183 Oronoque Road**<br>**Wethersfield, CT 06129-0272** | **Suppllier - It is anticipated this creditor will be paid upon resolution of a pending interpleader action entitled Yannuzzi Group, Inc. v. Armetta, LL** | **Subject to Setoff** | **64,000.00** |
| **Kennedy Marine, Inc.**<br>**105 Pequot Avenue**<br>**New London, CT 06320** | **Kennedy Marine, Inc.**<br>**105 Pequot Avenue**<br>**New London, CT 06320** | **Merchandise** | | **28,976.00** |
| **Komatsu Financial**<br>**P. O. Box 99303**<br>**Chicago, IL 60693-9303** | **Komatsu Financial**<br>**P. O. Box 99303**<br>**Chicago, IL 60693-9303** | **Used 2006 Komatsu PC-300 LC-7EO Hydraulic Excavator - Serial #A88154 2012 Komatsu WA500 7 Wheel Loader - Serial #10099 2007 PC 300HD-7 Excavator wit** | | **1,149,448.00**<br><br>**(0.00 secured)** |
| **Mike Johnson**<br>**777 Country Club Drive**<br>**Middletown, CT 06457** | **Mike Johnson**<br>**777 Country Club Drive**<br>**Middletown, CT 06457** | **Personal Loan** | | **36,826.00** |
| **Miller Moriarty & Co., LLC**<br>**35 Court Street**<br>**New Britain, CT 06051** | **Miller Moriarty & Co., LLC**<br>**35 Court Street**<br>**New Britain, CT 06051** | **Services** | | **82,234.00** |
| **Murdo Smith**<br>**2 Chipping Campden**<br>**Farmington, CT 06032** | **Murdo Smith**<br>**2 Chipping Campden**<br>**Farmington, CT 06032** | **Personal Loan** | | **80,000.00** |
| **Neuco Corp.**<br>**110 Signal Hill Road**<br>**Wallingford, CT 06492** | **Neuco Corp.**<br>**110 Signal Hill Road**<br>**Wallingford, CT 06492** | **Suppllier** | **Contingent Unliquidated Disputed** | **160,000.00** |
| **Randal Roberge**<br>**30 Summerberry Circle**<br>**Bristol, CT 06010** | **Randal Roberge**<br>**30 Summerberry Circle**<br>**Bristol, CT 06010** | **Personal Loan** | | **49,936.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Armetta, LLC**                                                    Case No.  _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Signature Financial, LLC**<br>**P. O. Box 5524**<br>**Hicksville, NY 11802-5524** | **Signature Financial, LLC**<br>**P. O. Box 5524**<br>**Hicksville, NY 11802-5524** | **2012 McCloskey S1903DTriple Deck Screener - Serial #80869 McCloskey R155 Scalper Screening Plant - Serial #70845 2011 McCloskey R105 SalperScreening** | | **513,043.00**<br><br>**(0.00 secured)** |
| **Sterling Services, LLC**<br>**P. O. Box 587**<br>**Monroe, CT 06468** | **Sterling Services, LLC**<br>**P. O. Box 587**<br>**Monroe, CT 06468** | **Suppllier - It is anticipated this creditor will be paid upon resolution of a pending interpleader action entitled Yannuzzi Group, Inc. v. Armetta, LL** | **Subject to Setoff** | **63,595.00** |
| **Town of Westerly**<br>**P. O. Box 9900**<br>**Dept. 101**<br>**Providence, RI 02940-4000** | **Town of Westerly**<br>**P. O. Box 9900**<br>**Dept. 101**<br>**Providence, RI 02940-4000** | | | **44,740.00** |
| **Travelers**<br>**P. O. Box 660317**<br>**Dallas, TX 75266-0317** | **Travelers**<br>**P. O. Box 660317**<br>**Dallas, TX 75266-0317** | **Insurance** | **Contingent Unliquidated Disputed** | **42,596.00** |
| **Xpress Sweeping, Inc.**<br>**6 Crudale Drive**<br>**West Warwick, RI 02893** | **Xpress Sweeping, Inc.**<br>**6 Crudale Drive**<br>**West Warwick, RI 02893** | **Services** | | **35,850.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 19, 2015**                    Signature  **/s/ Antonia Armetta**
                                                          **Antonia Armetta**
                                                          **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A R Mazzotta
P. O. Box 1602
Middletown, CT 06457


AA Industries, LLC
223 Nutmeg Road South
South Windsor, CT 06074


Advanced Testing Company, Inc.
3348 Route 208
Campbell Hall, NY 10916


Aetna
P. O. Box 7247-0213
Philadelphia, PA 19170-0213


Airgas
P. O.Box 802576
Chicago, IL 60680-2576


Ally Bank
P. O. Box 78252
Phoenix, AZ 85062-8232


American Scale Co.
P. O. Box 64
Ashford, CT 06278


Anthem BCBS
P. O. Box 1168
Newark, NJ 07101-1168


Anthem Dental
P. O. Box 202837
Dallas, TX 75320-2837


Anthony R. Minchella, Esq.
Minchella & Associates, LLC
530 Middlebury Road
Suite 209B
Middlebury, CT 06762

AP Marquardt, Inc.
114 South Road
Groton, CT 06340


BBC Transportation, Inc.
P. O. Box 8430
Cranston, RI 02920


BCI Financial Group
219 South Main Street
Cheshire, CT 06410


Benn & Sons Water Delivery
P. O. Box 86
Ashaway, RI 02804


Brenner Saltzman & Wallman, PC
271 Whitney Avenue
New Haven, CT 06511


Capital One Equipment Finance
275 Broad Hollow Road
Melville, NY 11747


Cariati Developers, Inc.
507 Brownstone Ridge
Meriden, CT 06451


Cariati Developers, Inc.
68-70 N. Plains Industrial Rd.
Wallingford, CT 06492


Cedar Mountain Stone & Mulch
1943 Berlin Turnpike
Wethersfield, CT 06109


Centerline Drivers, LLC
P O. Box 31001-1401
Pasadena, CA 91110-1431

Certified Welding, LP
18 Mechanic Street
Hope Valley, RI 02832


Cherenzia Excavation, Inc.
99 Mechanic Street
Pawcatuck, CT 06379


Christopher Mulhearn, Esq.
55 Pine Street - 4th Floor
Providence, RI 02903


Class C Solutions Group
c/o MSC Industrial Supply Co.
525 Harbour Place Drive
Davidson, NC 28036


Comcast
P. O. Box 1577
Newark, NJ 07101-1577


Commercial Credit Group, Inc.
400 Essjay Road - Ste. 340
Buffalo, NY 14221


Commercial Credit Group, Inc.
P. O. Box 60121
Charlotte, NC 28260-0210


Compass Wire Cloth Corp.
1942 N. Mill Road
Vineland, NJ 08360


Concentra
P. O. Box 20220
Cranston, RI 02920


Cox Communications
P. O. Box 182318
Columbus, OH 43218

CT Dept. Consumer Protection
P. O. Box 1869
Hartford, CT 06114-1869


Cutting Edge Landscape
2251 Silas Deane Highway
Rocky Hill, CT 06067


Daley Orton, LLC
1383 Warwick Avenue
Warwick, RI 02888


Daniel R. Guadalupe, Esq.
Norris McGlaughlin Marcus, PA
721 Route 202-206 - Ste. 200
P. O. Box 5933
Bridgewater, NJ 08807-5933


David Benn, Sr.
160 Ashaway Road
Bradford, RI 02808


Dennison Lubricants, Inc.
111 Rhode Island Road
Lakeville, MA 02347


Diamond Business Credit
100 Ledgewood Place - Ste. 102
Rockland, MA 02370


DTS-Transforce
5520 Cherokee Ave. - Ste. 200
Alexandria, VA 22312


Eagle Leasing Company
1 Irving Eagle Place
P. O.Box 923
Orange, CT 06477-0923


East PBE
283 Pane Road
Newington, CT 06111

Edward Backiel, LLC
1205 France Street
Rocky Hill, CT 06067


Edward L. King, Esq.
14 Wolf Street
Glen Cove, NY 11542


Environmental Protection Agncy
Fines & Penalties
P. O. Box 979077
Saint Louis, MO 63197


Equipment East
61 Silva Lane
Dracut, MA 01826


Eversource
P. O. Box 650032
Dallas, TX 75265-0032


Farm River Rock, LLC
P. O. Box 353
Willington, CT 06279


FleetPride
P. O. Box 281811
Atlanta, GA 30384-1811


Frontier
P. O. Box 20550
Rochester, NY 14602-0550


Garrett Printing & Graphics
331 Riveride Avenue
Bristol, CT 06010


Genalco, Inc.
333 Reservoir Street
Needham Heights, MA 02494-3145

General Borings, Inc.
P. O. Box 7135
Prospect, CT 06712


Global Montello Group Corp.
P. O. Box 3372
Boston, MA 02241


Grainger
100 Grainger Parkway
Lake Forest, IL 60045


Grillo Trucking Sevices, LLC
1183 Oronoque Road
Wethersfield, CT 06129-0272


GZA Geo Environmental, Inc.
P. O. Box 711810
Cincinnati, OH 45271-1810


H. O. Penn
225 Richard Street
Newington, CT 06111


H2H Associates, LLC
179 River Road
Troy, NY 12180


Hale Trailer Brake & Wheel Inc
P. O. Box 1400
Voorhees, NJ 08043


Herold Hauling, Inc.
P. O. Box 272
Wethersfield, CT 06129-0272


Highway Driveway Leasing, Inc.
1212 Hancock Street - #320
Quincy, MA 02169

HRP  Associates, Inc.
197 Scott Swamp Road
Farmington, CT 06032


Industrial Hearing Testing
119 Midstate Drive - Ste. 230
Auburn, MA 01501-1865


J. J. Keller & Associates
P. O. Box 6609
Carol Stream, IL 60197-6609


J. R. Vinagro
2208 Plainfield Pike
Johnston, RI 02919


James Thompson Native Lumber
385 Woodville Road
P. O. Box 85
Hopkinton, RI 02833


JSS Communications, Inc.
403 North Montello Street
Brockton, MA 02301


K & R Trucking, Inc.
15 Atwater Street
Plantsville, CT 06479


Kennedy Marine, Inc.
105 Pequot Avenue
New London, CT 06320


Kevin J. Brislow, Esq.
505 Turks Head Building
Providence, RI 02903


Kevin L. Patton, P. E.
36 Patton Road
Newburgh, NY 12550

Komatsu Financial
P. O. Box 99303
Chicago, IL 60693-9303


L $ B Transportation
128 Moody Road
Enfield, CT 06082


LDC Collection Systems
P. O. Box 55884
Boston, MA 02205-5884


Lubrication Technologies
120 Bosworth Street
West Springfield, MA 01089-3530


Luther Fence, Inc.
145 Leonard Drive
Groton, CT 06340


M&R Trucking & Excavating LLC
P. O. Box 695
Moosup, CT 06354


M2 Lease Funding, LLC
175 N. Patrick Boulevard
Suite 140
Brookfield, WI 53045


M2 Lease Funds, LLC
175 N. Patrick Blvd.
Suite 140
Brookfield, WI 53045


Maine Drilling & Blasting Inc.
P. O. Box 1140
Harrisville, NH 03450


Matthew J. McGowan, Esq.
Salter McGowan Sylvia Leonard
The Heritage Building
321 South Main St. - Ste. 301
Providence, RI 02903

MH Occupational Medicine
534 Saybrook Road
Middletown, CT 06457


Mike Johnson
777 Country Club Drive
Middletown, CT 06457


Miller Moriarty & Co., LLC
35 Court Street
New Britain, CT 06051


Milone & MacBroom
99 Realty Drive
Cheshire, CT 06410


Milroy & Company
P. O. Box 534
Willington, CT 06279


Milton J. Skurka
135 Cowesett Avenue
West Warwick, RI 02893


Mine Safety  & Health Admin.
P. O. Box 790390
Saint Louis, MO 63179-0390


Modular Space Corporation
12603 Collection Center Drive
Chicago, IL 60693-0126


Morrone Land Company
120 Boombridge Road
Westerly, RI 02891


Murdo Smith
2 Chipping Campden
Farmington, CT 06032

```
Napa-Westerly Acct. 1031
P. O. Box 528
Westerly, RI 02891


National Grid
P. O. Box 11739
Newark, NJ 07101-4739


Nestle Pure Life DIrect
P. O. Box 856192
Louisville, KY 40285-6192


Neuco Corp.
110 Signal Hill Road
Wallingford, CT 06492


Oasis Truc Tire Service, LLC
P. O. Box 44
South Glastonbury, CT 06073


Occupational Health Center
52 Hazelnut Hill Road
Groton, CT 06340


Olsen's Sanitation Co., LLC
P. O. Box 1064
Deep River, CT 06417


Omni Services, Inc.
P. O. Box 350016
Boston, MA 02241-0516


Pension Consultants
74 Batterson Park Road
Farmington, CT 06032


Penske
140 Messina Drive
Braintree, MA 02184
```

Perriault's Radiator Shop
553 West Main Street
Meriden, CT 06451


Peterbilt of Connecticut
206 Meadow Lane
Berlin, CT 06037


Phillip Armetta
768 Pine Street
Middletown, CT 06457


Piela Electric, Inc.
16 Halls Mill Road
Preston, CT 06365


R. P. E. Waste Services
P. O. Box 126
Wood River Junction, RI 02894


Randal Roberge
30 Summerberry Circle
Bristol, CT 06010


Rebecca Adams, Esq.
The Adams Group, LLC
54 Kings Road
Middlefield, CT 06455


REO Truck Rental, Inc.
120 Universal Drive
North Haven, CT 06473


Richard Riggio & Sons, Inc.
90 Pond Meadow Road
Ivoryton, CT 06442


Rita Menard
79 Rogers Road
Middletown, CT 06457

RSK Enterprises, Inc.
14 Meadow Brook Drive
Cumberland, RI 02864


RTC GLS, Inc.
p. o. bOX 242
State College, PA 16804-0242


Sam Piccolo, Jr. & Sons, Inc.
7 Broombridge Road
Westerly, RI 02891


Shipman, Shaiken & Scwefel LLC
433 South Main Street
Ste. 310
West Hartford, CT 06110


Signature Financial, LLC
P. O. Box 5524
Hicksville, NY 11802-5524


Specialty Diving Services Inc.
192 Smith Street
North Kingstown, RI 02852


State of CT - Dept. of Labor
Dept. 417329
P. O. Box 2905
Hartford, CT 06104-2905


State of Delaware
P. O. Box 5509
Binghamton, NY 13902-5509


Sterling National Bank
500 7th Avenue
New York, NY 10018


Sterling Services, LLC
P. O. Box 587
Monroe, CT 06468

Sunbird Transportation
295 Union Street
East Walpole, MA 02032


Syllatrex
10 North Main St. - Ste. 207
West Hartford, CT 06107


T-Quip
603 Mammoth Road
Londonderry, NH 03053


Tax Collector - Middletown
245 DeKoven Drive
P. O. Box 1300
Middletown, CT 06457


TGM Business Services, Inc.
717 Parker Street
Manchester, CT 06042


The Balaban Law Firm
425 Main Street - 4th Floor
Middletown, CT 06457


Thielsch Engineering, Inc.
P. O. Box 845327
Boston, MA 02284-5327


Town of Westerly
P. O. Box 9900
Dept. 101
Providence, RI 02940-4000


Tradon of Rhode Island
2220 Plainfield Place
Cranston, RI 02921


Travelers
P. O. Box 660317
Dallas, TX 75266-0317

Updike Kelly & Spellacy, PC
100 Pearl Street - 7th Floor
Hartford, CT 06103


Verizon Wireless
P. O. Box 15062
Albany, NY 12212


Vincent T. McManus, Esq.
116 South Main Street
Wallingford, CT 06492


W. B. Mason
P. O. Box 981101
Boston, MA 02298-1101


Westerly Granite Co., Inc.
15 Franklin Street
Westerly, RI 02891


Westfield Fire District
653 East Street
Middletown, CT 06457


Whitney & Son
95 Kelley Avenue
Fitchburg, MA 01420


Winsor Staffing of New York
521 Green Street - 2nd Floor
Iselin, NJ 08830


Wright Equipment Corp.
P. O. Box 2333
Farmingdale, NJ 07727


Xpress Sweeping, Inc.
6 Crudale Drive
West Warwick, RI 02893

Xylem Dewatering Solutions Inc
P. O. Box 935152
Atlanta, GA 31193-5152


Yannuzzi Group, Inc.
135 Kinnelon Road
Butler, NJ 07405

# United States Bankruptcy Court
## District of Connecticut

In re    __Armetta, LLC__                Case No. _____

                      Debtor(s)         Chapter    __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Armetta, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 19, 2015__

Date

/s/ Ronald I. Chorches

**Ronald I. Chorches ct08720**

Signature of Attorney or Litigant

Counsel for    **Armetta, LLC**

**Law Offices of Ronald I. Chorches, LLC**

**449 Silas Deane Highway**
**Second Floor**
**Wethersfield, CT 06109**
**860-563-3955 Fax:860-513-1577**
**ronchorcheslaw@sbcglobal.net**